# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-18936 |
| | § | |
| RICHARD W. WALLS | § | |
| DEBRA M. WALLS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $98,075.00 | Assets Exempt: | $133,595.00 |
| Total Distributions to Claimants: | $3,185.51 | Claims Discharged Without Payment: | $16,776.35 |
| Total Expenses of Administration: | $2,306.00 | | |

3) Total gross receipts of $6,352.71 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $861.20 (see **Exhibit 2**), yielded net receipts of $5,491.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $218,867.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,306.00 | $2,306.00 | $2,306.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $10,778.16 | $9,183.70 | $9,183.70 | $3,185.51 |
| **Total Disbursements** | $229,645.16 | $11,489.70 | $11,489.70 | $5,491.51 |

4). This case was originally filed under chapter 7 on 06/08/2016. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2017         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2000 Ford Taurus (110k mi needs new seats, dents, scratches) | 1129-000 | $660.39 |
| Checking account Chase | 1129-000 | $93.22 |
| Savings account: Chase | 1129-000 | $3,246.39 |
| 2016 Federal Income Tax Refund | 1224-000 | $1,537.93 |
| IL Unclaimed Funds | 1229-000 | $814.78 |
| **TOTAL GROSS RECEIPTS** | | $6,352.71 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| RICHARD WALLS | Funds to Third Parties | 8500-002 | $861.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $861.20 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Bank | 4110-000 | $3,003.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $215,864.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $218,867.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,299.15 | $1,299.15 | $1,299.15 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $26.96 | $26.96 | $26.96 |
| Green Bank | 2600-000 | NA | $26.27 | $26.27 | $26.27 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $935.00 | $935.00 | $935.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $18.62 | $18.62 | $18.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $2,306.00 | $2,306.00 | $2,306.00 |

UST Form 101-7-TDR (10/1/2010)

CHARGES

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $1,029.88 | $1,029.88 | $1,029.88 |
| 2 | Capital One NA | 7100-900 | $0.00 | $1,208.67 | $1,208.67 | $1,208.67 |
| 3 | CITY OF CHICAGO - DEPT OF FINANCE | 7300-000 | $0.00 | $1,798.51 | $1,798.51 | $245.22 |
| 4 | CITY OF CHICAGO - DEPT OF FINANCE | 7300-000 | $0.00 | $227.03 | $227.03 | $30.96 |
| 5 | CITY OF CHICAGO - DEPT OF FINANCE | 7300-000 | $0.00 | $1,777.11 | $1,777.11 | $242.31 |
| 6 | CITY OF CHICAGO - DEPT OF FINANCE | 7300-000 | $0.00 | $1,514.30 | $1,514.30 | $206.47 |
| 7 | CITY OF CHICAGO - DEPT OF FINANCE | 7300-000 | $0.00 | $1,628.20 | $1,628.20 | $222.00 |
|  | 25 East Same Day Surgery c/o MNET Financial Inc. | 7100-000 | $758.68 | $0.00 | $0.00 | $0.00 |
|  | Aus Suc Assoc Urological c/o ATG Credit LLC | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Natl Association | 7100-000 | $1,059.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chgo Dept of Finance - Hearings/Collections | 7100-000 | $1,240.00 | $0.00 | $0.00 | $0.00 |
|  | City of Chgo | 7100-000 | $1,240.61 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Dept of Finance - Hearings/Collections | | | | | |
| | City of Chicago c/o Law Offices of Talan & Ktsanes | 7100-000 | $1,462.18 | $0.00 | $0.00 | $0.00 |
| | City of Chicago c/o Law Offices of Talan & Ktsanes | 7100-000 | $1,600.69 | $0.00 | $0.00 | $0.00 |
| | High Tech Medical Park | 7100-000 | $130.00 | $0.00 | $0.00 | $0.00 |
| | Kohls/Capital One | 7100-000 | $1,152.00 | $0.00 | $0.00 | $0.00 |
| | Little Co. of Mary c/o Malcolm S. Gerarld Assoc. | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | Little Company of Mary c/o Malcolm S. Gerald | 7100-000 | $640.00 | $0.00 | $0.00 | $0.00 |
| | Women's Health Institute of IL, Ltd | 7100-000 | $1,370.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $10,778.16 | $9,183.70 | $9,183.70 | $3,185.51 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 16-18936 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WALLS, RICHARD W. AND WALLS, DEBRA M. | | Date Filed (f) or Converted (c): | 06/08/2016 (f) |
| For the Period Ending: | 12/7/2017 | | §341(a) Meeting Date: | 06/28/2016 |
| | | | Claims Bar Date: | 11/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 9358 South 50th Avenue Oak Lawn IL 60453 | $125,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2011 Chevrolet Cruze (30k mi in an accident, engine problems, multiple recalls) | $5,050.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtors claimed vehicle exemption under 735 ILCS 5/12-1001(c). | | | | | |
| 3 | 2009 Chevrolet Cobalt (43k mi in an accident, struts, repairs, dash has to be removed) | $2,825.00 | $425.00 | | $0.00 | FA |
| Asset Notes: | Debtors claimed vehicle exemption under 735 ILCS 5/12-1001(c). | | | | | |
| 4 | 2000 Ford Taurus (110k mi needs new seats, dents, scratches) | $1,300.00 | $1,300.00 | | $660.39 | FA |
| Asset Notes: | Debtors claimed a third vehicle exemption (exempted amount left blank), to which they were not entitled; Debtors settled with Trustee regarding the Taurus as part of the $4,000 settlement approved at docket no. 35. | | | | | |
| 5 | Stove, refrigerator, washer, dryer, furniture | $425.00 | $0.00 | | $0.00 | FA |
| 6 | TV, computer, printer, 2 cell phones | $250.00 | $0.00 | | $0.00 | FA |
| 7 | Everyday clothes/shoes | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 2 wedding rings | $200.00 | $0.00 | | $0.00 | FA |
| 9 | 1 mixed breed dog, 1 cat | $20.00 | $0.00 | | $0.00 | FA |
| 10 | Checking account Chase | $1,000.00 | $183.81 | | $93.22 | FA |
| Asset Notes: | Filing date balance according to bank statements: $1183.81 Debtors settled as to the non-exempt funds as part of the $4,000 settlement approved at docket no. 35. | | | | | |
| 11 | Savings account: Chase | $700.00 | $6,390.81 | | $3,246.39 | FA |
| Asset Notes: | Filing date balance according to bank statements: $7090.81 Debtors settled as to the non-exempt funds as part of the $4,000 settlement approved at docket no. 35. | | | | | |
| 12 | 401(k) or similar plan: Hewlett | $52,000.00 | $0.00 | | $0.00 | FA |
| 13 | Pension plan: Hewlett | $30,000.00 | $0.00 | | $0.00 | FA |
| 14 | IRA:Chase | $14,000.00 | $0.00 | | $0.00 | FA |
| 15 | IL Unclaimed Funds (u) | $0.00 | $814.78 | | $814.78 | FA |
| 16 | 2016 Federal Income Tax Refund (u) | $0.00 | $676.73 | | $1,537.93 | FA |
| Asset Notes: | Debtor's pro-rated portion was $861.20. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 16-18936 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALLS, RICHARD W. AND WALLS, DEBRA M. | Date Filed (f) or Converted (c): | 06/08/2016 (f) |
| For the Period Ending: | 12/7/2017 | §341(a) Meeting Date: | 06/28/2016 |
| | | Claims Bar Date: | 11/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | $232,970.00 | $9,791.13 | | $6,352.71 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/30/2017   2017 Reporting Period:

The Trustee negotiated a settlement with Debtors in the amount of $4,000.00 for the non-exempt funds in their bank accounts and equity in their vehicle. Additionally, the Trustee recovered $814.78 from Illinois Unclaimed Property, and Debtor's 2016 income tax refund was intercepted, of which the estate portion was $676.73.

Case is ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 08/11/2017 | **Current Projected Date Of Final Report (TFR):** | 08/28/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 16-18936 | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | WALLS, RICHARD W. AND WALLS, DEBRA M. | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9018 | | | **Checking Acct #:** | ******3601 |
| **Co-Debtor Taxpayer ID #:** | **-***9019 | | | **Account Title:** | Walls Richard |
| **For Period Beginning:** | 6/8/2016 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/7/2017 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 08/25/2016 | | WALLS, RICHARD W. AND WALLS, DEBRA M. | Settlement for non-exempt funds in bank accounts and Ford Taurus (1 of 3) | * | $1,333.00 | | $1,333.00 |
| | {4} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (1 of 3)  $220.08 | 1129-000 | | | $1,333.00 |
| | {10} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (1 of 3)  $31.06 | 1129-000 | | | $1,333.00 |
| | {11} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (1 of 3)  $1,081.86 | 1129-000 | | | $1,333.00 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.41 | $1,332.59 |
| 09/26/2016 | | WALLS, RICHARD W. AND WALLS, DEBRA M. | Settlement for non-exempt funds in bank accounts and Ford Taurus (2 of 3) | * | $1,333.00 | | $2,665.59 |
| | {4} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (2 of 3)  $220.07 | 1129-000 | | | $2,665.59 |
| | {10} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (2 of 3)  $31.07 | 1129-000 | | | $2,665.59 |
| | {11} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (2 of 3)  $1,081.86 | 1129-000 | | | $2,665.59 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.63 | $2,662.96 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.01 | $2,658.95 |
| 11/07/2016 | | WALLS, RICHARD W. AND WALLS, DEBRA M. | Settlement for non-exempt funds in bank accounts and Ford Taurus (3 of 3) | * | $1,333.34 | | $3,992.29 |
| | {4} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (3 of 3)  $220.13 | 1129-000 | | | $3,992.29 |
| | {10} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (3 of 3)  $31.07 | 1129-000 | | | $3,992.29 |
| | {11} | | Settlement for non-exempt funds in bank accounts and Ford Taurus (3 of 3)  $1,082.14 | 1129-000 | | | $3,992.29 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.74 | $3,986.55 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.43 | $3,980.12 |
| 01/16/2017 | (15) | Treasurer | IL Unclaimed Funds | 1229-000 | $814.78 | | $4,794.90 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.05 | $4,787.85 |

**SUBTOTALS**  $4,814.12  $26.27

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-18936 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WALLS, RICHARD W. AND WALLS, DEBRA M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9018 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | **-***9019 | | Account Title: | Walls Richard |
| For Period Beginning: | 6/8/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/18/2017 | (16) | US Treasury | Income Tax Refund | 1224-000 | $1,537.93 | | $6,325.78 |
| 07/21/2017 | 3001 | RICHARD WALLS | Non-estate portion of income tax refund | 8500-002 | | $861.20 | $5,464.58 |
| 08/22/2017 | | WALLS, RICHARD W. AND WALLS, DEBRA M. | [Correction - payments 1 & 2 misread by scanner] Settlement for non-exempt funds in bank accounts and Ford Taurus | * | $0.66 | | $5,465.24 |
| | {4} | | Correction - payments 1 & 2 misread by scanner $0.11 | 1129-000 | | | $5,465.24 |
| | {10} | | Correction - payments 1 & 2 misread by scanner $0.02 | 1129-000 | | | $5,465.24 |
| | {11} | | Correction - payments 1 & 2 misread by scanner $0.53 | 1129-000 | | | $5,465.24 |
| 10/31/2017 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $26.96 | $5,438.28 |
| 10/31/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,299.15 | $4,139.13 |
| 10/31/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $18.62; Distribution Dividend: 100.00%; | 3120-000 | | $18.62 | $4,120.51 |
| 10/31/2017 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $935.00; Distribution Dividend: 100.00%; | 3110-000 | | $935.00 | $3,185.51 |
| 10/31/2017 | 3006 | Capital One, N.A. by American InfoSource LP as agent | [VOID] check not printed on check stock | 7100-903 | | $1,029.88 | $2,155.63 |
| 10/31/2017 | 3006 | VOID: Capital One, N.A. by American InfoSource LP as agent | [VOID] Check was not printed on check stock | 7100-903 | | ($1,029.88) | $3,185.51 |
| 10/31/2017 | 3007 | Capital One NA | Claim #: 2; Amount Claimed: $1,208.67; Distribution Dividend: 100.00%; | 7100-900 | | $1,208.67 | $1,976.84 |
| 10/31/2017 | 3008 | CITY OF CHICAGO - DEPT OF FINANCE | Claim #: 3; Amount Claimed: $1,798.51; Distribution Dividend: 13.63%; | 7300-000 | | $245.22 | $1,731.62 |
| 10/31/2017 | 3009 | CITY OF CHICAGO - DEPT OF FINANCE | Claim #: 4; Amount Claimed: $227.03; Distribution Dividend: 13.63%; | 7300-000 | | $30.96 | $1,700.66 |
| 10/31/2017 | 3010 | CITY OF CHICAGO - DEPT OF FINANCE | Claim #: 5; Amount Claimed: $1,777.11; Distribution Dividend: 13.63%; | 7300-000 | | $242.31 | $1,458.35 |
| 10/31/2017 | 3011 | CITY OF CHICAGO - DEPT OF FINANCE | Claim #: 6; Amount Claimed: $1,514.30; Distribution Dividend: 13.63%; | 7300-000 | | $206.47 | $1,251.88 |
| | | | **SUBTOTALS** | | $1,538.59 | $5,074.56 | |

Page No: 3 Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-18936 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WALLS, RICHARD W. AND WALLS, DEBRA M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9018 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | **-***9019 | | Account Title: | Walls Richard |
| For Period Beginning: | 6/8/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2017 | 3012 | CITY OF CHICAGO - DEPT OF FINANCE | Claim #: 7; Amount Claimed: $1,628.20; Distribution Dividend: 13.63%; | 7300-000 | | $222.00 | $1,029.88 |
| 10/31/2017 | 3013 | Capital One, N.A. by American InfoSource LP as agent | Claim #: 1; Amount Claimed: $1,029.88; Distribution Dividend: 100.00%; | 7100-900 | | $1,029.88 | $0.00 |
| | | | **TOTALS:** | | $6,352.71 | $6,352.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,352.71 | $6,352.71 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,352.71 | $6,352.71 | |

| **For the period of 6/8/2016 to 12/7/2017** | | **For the entire history of the account between 08/25/2016 to 12/7/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,352.71 | Total Compensable Receipts: | $6,352.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,352.71 | Total Comp/Non Comp Receipts: | $6,352.71 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,491.51 | Total Compensable Disbursements: | $5,491.51 |
| Total Non-Compensable Disbursements: | $861.20 | Total Non-Compensable Disbursements: | $861.20 |
| Total Comp/Non Comp Disbursements: | $6,352.71 | Total Comp/Non Comp Disbursements: | $6,352.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No. | 16-18936 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALLS, RICHARD W. AND WALLS, DEBRA M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9018 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | **-***9019 | Account Title: | Walls Richard |
| For Period Beginning: | 6/8/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,352.71 | $6,352.71 | $0.00 |

**For the period of 6/8/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,352.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,352.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,491.51 |
| Total Non-Compensable Disbursements: | $861.20 |
| Total Comp/Non Comp Disbursements: | $6,352.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/08/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,352.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,352.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,491.51 |
| Total Non-Compensable Disbursements: | $861.20 |
| Total Comp/Non Comp Disbursements: | $6,352.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ